IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RASHON BOONE,
    Petitioner,

v.

ROBERT GILMORE, et al.,
    Respondents.

CIVIL ACTION

No. 15-2733

ORDER

AND NOW, this 20th day of March, 2017, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.
2. Petitioner's requests for discovery and an evidentiary hearing are DENIED.
3. The petition for Writ of *Habeas Corpus* is DENIED and DISMISSED with prejudice.
4. There is no probable cause to issue a certificate of appealability.
5. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.